IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THOMAS HEAPHY, JR.,** | : | |
| Petitioner | : | |
| | : | No. 1:21-cv-1019 |
| v. | : | |
| | : | (Judge Rambo) |
| **STEPHEN SPAULDING,** | : | |
| Respondent | : | |

# ORDER

**AND NOW**, on this 20th day of April 2022, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** as moot; and

2. The Clerk of Court is directed to **CLOSE** this case.

s/ Sylvia H. Rambo<br>
United States District Judge